# SMITH & SMITH

**GERALD K. SMITH AND JOHN C. SMITH**

**LAW OFFICES, PLLC**

ATTORNEYS AT LAW
6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

Gerald K. Smith, State Bar No. 001428
Email: gerald@smithandsmithpllc.com
John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will.sherman@gmx.com

*Attorneys for Creditor David Parri*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Skyline Ridge, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:18-bk-01908-BMW<br><br>**CREDITOR DAVID PARRI'S RENEWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN** |

Creditor David Parri renews his objection to confirmation of the Debtor's Second Amended, Modified, and Restated Plan of Reorganization Dated June 4, 2019 [DE 399] for the reasons stated in his original Objection to Debtor's Second Amended Plan of Reorganization [DE 281].

As previously stated, Debtor's Plan fails to comply with the applicable provisions of the Bankruptcy Code, including, but not limited to §§ 1123(a)(1) and (2), fails to provide essential elements under §1129(a), and clearly fails to meet the requisites necessary for cram down; and therefore, the Debtor's Plan should not be confirmed.

DATED this 6th day of June 2019.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: */s/ John C. Smith*
John C. Smith
*Attorney for Creditor David Parri*

| | |
|---|---|
| 1 | Original of the foregoing<br>electronically filed June 6, 2019, with: |
| 2 | |
| 3 | Clerk, United States Bankruptcy Court<br>District of Arizona |
| 4 | 38 South Scott Avenue<br>Tucson, AZ  85701 |
| 5 | https://ecf.azb.uscourts.gov |
| 6 | |
| 7 | COPY of the foregoing mailed or emailed* on<br>June 6, 2019, to: |

Michael W. Baldwin*
MICHAEL BALDWIN, PLC
12080 E. 8th Street
Tucson, AZ 85748- 8903
Email: michaelbaldwin12625@gmail.com
*Attorneys for Debtor*

Jennifer A. Giaimo*
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., #204
Phoenix, AZ 85003-1706
Email: Jennifer.A.Giaimo@usdoj.gov

Jill H. Perrella
Snell & Wilmer LLP
One South Church Avenue, #1500
Tucson, AZ 85701-1633
Email: jperrella@swlaw.com
*Attorneys for Northern Trust Bank*

Adam B. Nach
Lane & Nach PC
2001 E. Campbell Avenue, #103
Phoenix, AZ 85016
Email: adam.nach@lane-nach.com
*Attorneys for Trudy Nowak*

Christopher S. McDonagh
Raven Clancy & McDonagh PC
3507 N. Campbell Avenue, Suite 111
Tucson, AZ 85719-2000
Email: cmcdonagh@ravlaw.com
*Attorneys for Fotinos Properties, LLC*

Lisa S. Kass
Folks Hess Kass PLLC
1850 N. Central Avenue, #1140
Phoenix, AZ 85004-4586
Email: kass@folkshesskass.com
*Attorneys for Arceegee, LLC*

Robert M. Charles
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Email: rcharles@lrrc.com
*Attorneys for Cinco Soldados, LLC*

Kasey C. Nye
Waterfall Economidis Caldwell
Hanshaw & Villamana, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711-4482
Email: knye@waterfallattorneys.com
*Attorneys for Rallis Group*

Isaac D. Rothschild
Mesch Clark Rothscild
259 N. Meyer Avenue
Tucson AZ 85701-1007
Email: irothschild@mcrazlaw.com
*Attorneys for Elevens, LLC*

| | | |
|---|---|---|
| 1 | | Rusing, Lopez & Lizardi, PLLC |
| 2 | Pima County Attorney's Office | 6363 N. Swan Rd., Suite 151 |
| | 32 N. Stone Avenue Suite 2100 | Tucson, AZ 85718 Phone: |
| 3 | Tucson, AZ 85701-1458 | Email: plopez@rllaz.com |
| | Email: pcaocvbk@pcao.pima.gov | *Attorney for Samuel Zarifi* |
| 4 | Pat P. Lopez, III | |
| 5 | | |
| 6 | /s/ Kate Manns | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |